UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
RAPAPORT USA, INC.,

        Plaintiff,

    -against-                              25-cv-171 (JSR)

NIVODA USA LLC,                            ORDER

        Defendant.
```

JED S. RAKOFF, U.S.D.J.:

In January 2025, plaintiff Rapaport USA, Inc. ("Rapaport") filed suit against defendants Nivoda, USA LLC ("Nivoda"), Nivoda Limited, and David Sutton, alleging that defendants infringed its copyright for "The Rapaport Price List." See ECF No. 1. A month later, Rapaport voluntarily dismissed its claims against Nivoda Limited and David Sutton without prejudice. See ECF No. 17. Nivoda has now moved to dismiss the remaining claim against it. After careful consideration, the Court grants the motion with prejudice. An Opinion explaining the reasons for this ruling will issue in due course, after which final judgment will be entered.

SO ORDERED.

New York, NY
4/10 , 2025

_____
JED S. RAKOFF, U.S.D.J.