**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
RAPAPORT USA, INC.,

                Plaintiff,

    -against-                                    25 **CIVIL** 0171 (JSR)

                                                    **<u>JUDGMENT</u>**

NIVODA USA LLC,

                Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 2, 2025, the Court grants Nivoda's motion to dismiss with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

       May 2, 2025

                                                        **TAMMI M HELLWIG**
                                                           **Clerk of Court**

                            **BY:**
                                                          **Deputy Clerk**