UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAPAPORT USA, INC.,

                              Plaintiff,

-against-

NIVODA USA LLC,

                             Defendant.

Case No. 1:25-cv-00171-JSR

**NOTICE OF APPEAL**

**PLEASE TAKE NOTICE** that plaintiff Rapaport USA, Inc., hereby appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order [Doc. 38], and Judgment [Doc. 39], granting the defendant's motion to dismiss with prejudice and closing the case, both dated and entered May 2, 2025.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff is amenable to efficiently resolving any procedural issues resulting from having two notices of appeal in this action, so long as appellate jurisdiction is preserved (e.g., merging the two docket numbers; withdrawing one of the appeals upon confirmation from the Second Circuit that appellate jurisdiction will not be lost). Plaintiff filed a notice of appeal from the Order entered April 10, 2025 [Docs. 32-33], which has been assigned Docket Number 25-1065 by the Second Circuit Court of Appeals, because Plaintiff understands that Order to be a "final decision" for purposes of 28 U.S.C. § 1291 and Plaintiff wanted to avoid any potential issues with appellate jurisdiction given the uncertainty of when the district court would enter the opinion and judgment referenced in the Order.

Dated: May 7, 2025

                                            FIRESTONE GREENBERGER PLLC
                                            *Attorneys for Plaintiff-Appellant*
                                            /s/ Jordan Greenberger
                                            Jordan Greenberger, Esq.
                                            Michael Firestone, Esq.
                                            14 Penn Plaza, 9th Floor
                                            New York, NY 10122
                                            (212) 597-2255
                                            jg@firegreenlaw.com